**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01634-CV

## SHAMOUN & NORMAN, LLP, Appellant

## V.

## ALBERT G. HILL, JR., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** appellee's January 6, 2015 unopposed motion for an extension of time to file his cross-appellant's brief. Appellee shall file his cross-appellant's brief by **JANUARY 28, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE